**MELISSA WOTTON Law Office of Charles A. Higgs**

100 S. Bedford Suite 340|Mount Kisco, NY 10549
PH: (917)673-3768
Email: Melissa@FreshStartesq.com

Date: March 4, 2026

Honorable Michael B. Kaplan
United States Bankruptcy Court
District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: In re: Beth Zavadsky
Case No. 25-22799-MBK
Chapter 13

Dear Judge Kaplan,

I represent the Debtor in the above captioned chapter 13 bankruptcy case. I respectfully write on behalf of Debtor regarding the dismissal order entered on March 4, 2026 [**ECF Docket No. 35**], of the above-captioned Chapter 13 case.

Upon review of the docket, it appears that the Order of Dismissal was entered without prior notice to the parties in interest and without providing an opportunity to be heard.

Section 1307(c) of the Bankruptcy Code provides that a Chapter 13 case may be dismissed for cause only "after notice and a hearing." The Bankruptcy Code further explains that "after notice and a hearing" requires that parties receive notice and an opportunity for hearing before relief may be granted. See 11 U.S.C. §102(1). In addition, Federal Rule of Bankruptcy Procedure 1017 governs the procedure for dismissal of a bankruptcy case and contemplates dismissal upon motion and notice to parties in interest.

The docket does not appear to reflect the filing of a motion to dismiss, trustee certification, notice of deficiency, or other notice that would have afforded the parties an opportunity to be heard prior to entry of the dismissal order.

Accordingly, the undersigned respectfully requests that the Court review the procedural posture of the case and consider vacating the Order of Dismissal so that the parties may be afforded the notice contemplated by the Bankruptcy Code and Rules.

The Debtor stands ready to promptly cure any deficiencies and proceed with the case. Thank you for the Court's time and consideration.

Respectfully submitted,

*/s/ Melissa C. Wotton*
Melissa Wotton

Cc: Albert Russo Chapter 13 Trustee